UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL PERRI; and JESSICA PERRI,<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. BANCORP; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC,<br><br>    Defendants. | Case No. 2:23-cv-02566-JDP<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME**<br><br>**JUDGE: Jeremy D. Peterson** |

Having reviewed and considered the Parties' Joint Stipulation for Extension of Time for Defendant Equifax Information Services LLC to Respond to the Complaint, and upon good cause shown, it is hereby **ORDERED** that the Defendant Equifax Information Services LLC shall have up to and including December 28, 2023 in which to respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated:  November 29, 2023       _____
                        JEREMY D. PETERSON
                        UNITED STATES MAGISTRATE JUDGE

306084435v.1

PROPOSED ORDER