UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL PERRI, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. BANCORP, et al.,<br><br>    Defendants. | No. 2:23-cv-02566-DAD-JDP<br><br>ORDER TO SHOW CAUSE |

On November 7, 2023, plaintiffs filed a complaint initiating this action alleging violations of credit reporting laws. (Doc. No. 1.) Plaintiffs have settled their claims with the defendant credit reporting agencies. (*See* Doc. Nos. 44–54.) Accordingly, this case proceeds only against defendant U.S. Bank, N.A. ("U.S. Bank").

On December 8, 2023, plaintiffs filed their first amended complaint ("FAC"). (Doc. No. 18.) On March 22, 2024, defendant U.S. Bank filed a motion to dismiss plaintiffs' FAC in its entirety. (Doc. No. 33.) On August 16, 2024, the court granted defendant U.S. Bank's motion to dismiss plaintiffs' FAC and also granted plaintiffs leave to amend their claims and file a second amended complaint. (Doc. No. 55.) Plaintiffs were ordered to file their second amended complaint or a notice of their intent to not file a second amended complaint by August 30, 2024. (*Id*. at 9.) This deadline has long passed, and plaintiffs have not filed a second amended complaint nor a notice of their intent to not file a second amended complaint. Indeed, plaintiffs'

1

counsel has not communicated with the court at all since before the court's August 16, 2024 order.

Under Rule 41(b), "the district court may dismiss an action for failure to comply with any order of the court." *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992); *see also Oliva v. Sullivan*, 958 F.2d 272, 273–74 (9th Cir. 1992) (district court may dismiss sua sponte for failure to meet court deadline).

Accordingly, **plaintiffs are ordered to show cause within seven (7) days** from the date of entry of this order why this action should not be dismissed due to plaintiffs' failure to comply with court orders. Alternatively, within seven (7) days from the date of entry of this order, plaintiffs may file a notice of voluntary dismissal pursuant to Rule 41.

Plaintiffs are warned that their failure to comply with this order will result in this action being dismissed due to plaintiffs' failure to comply with court orders.

IT IS SO ORDERED.

Dated: **February 7, 2025**

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE